188 So.2d 607

STATE of Louisiana

v.

Robert L. TRUELOVE and Fred H. Truelove.

No. 48324.

Aug. 4, 1966.

In re: Robert L. Truelove and Fred H. Truelove applying for writs of certiorari, prohibition and mandamus.

Writs refused. There are no perfected bills of exceptions. See LSA–R.S. 15:499; State v. Foret, 245 La. 70, 156 So.2d 606; State v. Green, 245 La. 1081, 162 So.2d 573; State v. Spivey, 247 La. 719, 174 So.2d 132; State v. Bradford, 247 La. 720, 174 So.2d 132; State v. Polland, 247 La. 721, 174 So.2d 132; State v. Amos, 247 La. 721, 174 So.2d 132. Moreover, there is no error patent on the face of the record.

188 So.2d 922

In re Investigation of Possible Violation of the Civil Service Law by E. D. WINGATE, Sarah Margaret Dixon, H. P. Walker and other Present or Former Employees of The Casualty and Surety Division of the Louisiana Insurance Rating Commission.

No. 48171.

May 5, 1966.

In re: Sarah Margaret Dixon, E. D. Wingate and Mrs. Mabel H. Wingate ap-

plying for certiorari, or writ of review, to the Court of Appeal, First Circuit. 189 So.2d 1.

Writ refused. There appears no error of law in the ruling complained of.